356 U.S. 676 (1958)
AMLIN ET AL., DOING BUSINESS AS AMLIN CARTAGE, ET AL.
v.
VERBEEM, DOING BUSINESS AS PETERS CARTAGE, ET AL.
No. 881.
Supreme Court of United States.
Decided May 26, 1958.
APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN.
George H. Cholack for appellants.
Wilhelmina Boersma and Wilber M. Brucker, Jr. for appellees.
PER CURIAM.
The motion to affirm is granted and the judgment is affirmed.